# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:16-CR-00100-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER** |
| **SHANNA JEAN BRANDON,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** comes before the Court on Defendant's pro se Motion for Compassionate Release, brought under 18 U.S.C. § 3582(c)(1)(A).  See Doc. No. 133.  The Court previously denied Defendant's requests for compassionate release and for reconsideration of compassionate release because she "failed to provide the Bureau with thirty days to evaluate her compassionate release request before seeking relief from this Court."  Doc. Nos. 126 at 1, 130 at 1.  Now, she asserts she has complied with that exhaustion requirement.  See Doc. No. 133 at 2–3.

Having reviewed Defendant's motions, the Court finds that a response from the Government is needed to fully consider their merits.  Now, the Court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Government **SHALL RESPOND** to Defendant's Motions for Compassionate Release within **seven days** of the entry of this Order.

Signed: July 6, 2020

Max O. Cogburn Jr.
United States District Judge