UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cr-00100-MOC-DSC-1

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| vs. | ) |  |
|  | ) | **ORDER** |
| SHANNA JEAN BRANDON, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

**THIS MATTER** is before the Court on Defendant's pleading captioned as a "Motion to Change Petitioner's Judgment," (Doc. No. 141) in which she seeks to have the Court change the language of the Judgment to require the Bureau of Prisons ("BOP") to place her into a halfway house, pursuant to 18 U.S. Code § 3624.

While the Court wishes Defendant a successful reentry into society, it is the BOP's authority to determine placement into a halfway house. The law does not provide the Court with authority to order such placement. See United States v. Provost, 474 F.Supp.3d 819 (E.D.Va. 2020) (holding 18 U.S.C. 3624 authorizes the BOP, not the courts, to release inmates to home detention).

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant's pleading captioned "Motion to Change Petitioner's Judgment" (Doc. No. 141) is **DENIED**.

Signed: April 7, 2021

Max O. Cogburn Jr
United States District Judge