# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:16-cr-100-MOC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| vs. | ) | |
| | ) | **ORDER** |
| SHANNA JEAN BRANDON, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Reconsideration of this Court's Order denying Defendant's Motion for Compassionate Release/Reduction of Sentence. (Doc. No. 146). Defendant contends that changed circumstances warrant a reconsideration of the Court's prior denial of her motion for compassionate release.

## ORDER

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to Defendant's motion.

Signed: October 6, 2021

Max O. Cogburn Jr.
United States District Judge