UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cr-100-MOC-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| SHANNA JEAN BRANDON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant Shanna Jean Brandon's second pro se Motion for Reconsideration (Doc. No. 156), in which she asks this Court to reconsider its Order (Doc. No. 139) denying Defendant's Motion for Compassionate Release. Defendant has also filed a Motion to Amend Supplement. (Doc. No. 155). She filed the motion after the Court denied her motion for compassionate release and her first motion for reconsideration.

The Court denies Defendant's second motion for reconsideration for the same reasons the Court denied her first motion for reconsideration. Moreover, Defendant has pointed to nothing in her latest motion for reconsideration that alters the Court's prior decision. The fact is Defendant is fully vaccinated, and the Court has already thoroughly articulated its reasons for denying Defendant's motion for compassionate release.

**IT IS, THEREFORE, ORDERED** that Defendant's second Pro Se Motion for Reconsideration, (Doc. No. 156), is **DENIED**. Moreover, Defendant's Motion to Amend Supplement, (Doc. No. 155) is **DENIED** as moot.

-1-

Signed: December 7, 2021

Max O. Cogburn Jr
United States District Judge