UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cr-100-MOC-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| SHANNA JEAN BRANDON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Defendant Shanna Jean Brandon's pro se Motion for Compassionate Release. (Doc. No. 158).

Defendant is incarcerated at Alderson FPC, with a scheduled release date of March 20, 2022. Defendant has already filed a motion for compassionate release, which this Court has denied. (Doc. No. 139). She has also filed two motions for reconsideration of the Court's order denying her motion, and the Court has denied these motions. (Doc. Nos. 151, 157).

The Court denies Defendant's current motion for compassionate release. Defendant has pointed to nothing in her latest motion that alters the Court's prior decisions. As the Court has noted in prior orders, Defendant is fully vaccinated, and the Court has already thoroughly articulated its reasons for denying Defendant's motion for compassionate release.

**IT IS, THEREFORE, ORDERED** that Defendant's pro se Motion for Compassionate Release. (Doc. No. 158), is **DENIED**.

Signed: January 24, 2022

Max O. Cogburn Jr
United States District Judge