UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cr-100-MOC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| SHANNA JEAN BRANDON, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Compassionate Release/Reduction of Sentence. (Doc. No. 160).

The Bureau of Prisons website indicates that Defendant has been released from prison. Therefore, Defendant's Motion for Compassionate Release/Reduction of Sentence, (Doc. No. 160), is **DENIED** as moot.

Signed: April 14, 2022

Max O. Cogburn Jr.
United States District Judge