UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO: 3:16-CR-100

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| **SHANNA JEAN BRANDON,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss the Petition seeking to revoke Defendant's supervised release and the associated arrest warrant. (Doc. No. 179). Defendant has filed a response, joining the Government's motion to dismiss. (Doc. No. 180). Finding good cause for dismissal and that dismissal is in the interest of justice, the Court enters the following Order.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss the Petition (Doc. No. 179), is **GRANTED**, and the petition seeking to revoke Defendant's supervised release and the associated arrest warrant is **DISMISSED**.

It is further **ORDERED** that Defendant continue her current term of supervised release without any changes to her conditions or term.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, Defense Counsel, and the United States Attorney's Office.

Signed: April 26, 2023

Max O. Cogburn Jr
United States District Judge